DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
CHRISTOPHER BROUSSARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BROUSSARD, an individual, | ) Case No. 14-cv-00096-LJO-SMS |
| | ) |
| | ) **AMENDED COMPLAINT FOR DAMAGES** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, | ) |
| LLC, a Delaware Limited | ) |
| Liability Company and DOES 1 | ) |
| through 20, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

**<u>JURISDICTION</u>**

1.   Jurisdiction of this Court arises under 28 U.S.C. §

1331 and pursuant to 15 U.S.C. § 1692k(d), and pursuant to 28

U.S.C. § 1367 for pendent state law claims.

2.   This action arises out of Defendants' repeated

violations of the following:  the Rosenthal Fair Debt Collection

Practices Act, California Civil Code §§ 1788-1788.32 (RFDCPA), and out of the invasions of Plaintiff's personal privacy by these Defendants and their agents in their illegal efforts to collect a consumer debt.

3.   Venue is proper in this district because the acts and transactions occurred here, Plaintiff resides here, and Defendants transact business here.

## PARTIES

4.   Plaintiff CHRISTOPHER BROUSSARD ("Plaintiff") is a natural person who resides in the City of Modesto, County of Stanislaus, State of California and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3) and/or a person affected by a violation of the FDCPA with standing to bring a claim under 15 U.S.C. §1692k.

5.   Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC (hereinafter "Defendant PORTFOLIO") is a Delaware limited liability company and a collection agency operating from an address of 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502, and is a "debt collector" as that term is defined by 15 U.S.C. §1692a(6).

## FACTUAL ALLEGATIONS

6.   In excess of four years before Defendant acts alleged herein, Plaintiff incurred a financial obligation that was

primarily for personal, family, or household purposes, which subsequently went into default, and is therefore a "debt" as that term is defined by 15 U.S.C. §1692a(5).

7.   Sometime thereafter the debt was cosigned, placed or otherwise transferred to Defendants for collection from Plaintiff.

8.   In or around January 25, 2013, Defendant PORTFOLIO contacted Plaintiff in writing in an attempt to collect money on this expired debt.  The content of the notice Defendant PORTFOLIO sent to Plaintiff stated:

"We are offering to settle this account FOR GOOD."

"We're offering you the opportunity to resolve this account at a very low rate."

"If you pay off this debt, . . ."

"We can't help you resolve this debt if you don't call."

"PAY:  $1,145.00 and owe nothing more!
(Payment due date 02/28/2013)
*SAVE:  $6,582.33*

PAY: $240.00
(consecutively for 6 months)
*SAVE:  $6,287.33*

PAY:  $145.00
(consecutively for 12 months)
*SAVE:  $5,987.33*

***Your first payment must be received no later than 02/28/2013***"

///

**<u>CAUSES OF ACTION</u>**

**COUNT I**

**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**

**15 U.S.C. § 1692 et seq.**

9.   Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

10.   The foregoing acts and the content of the notice sent by Defendant PORTFOLIO and their agents constitute numerous and multiple violations of the FDCPA including 15 U.S.C. §1692e, e(2), 1692f.   The content of the notice, when judged under the "least sophisticated debtor" standard constitutes the kind of misleading and unfair representation that is prohibited by the State and Federal FDCPA.

11.   As a result of each and every Defendants' violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. §1692k(a)(3), from each and every Defendant herein.

///

///

///

///

///

## COUNT II

## VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

## §§ 1788-1788.32 (RFDCPA)

12.  Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13.  The foregoing acts and omissions of Defendants constitute numerous and multiple violations of the RFDCPA.

14.  As a result of Defendants' violations of the RFDCPA, Plaintiff is entitled to any actual damages pursuant to California Civil Code § 1788.30(a); statutory damages for a knowing or willful violation in the amount up to $1,000.00 pursuant to California Civil Code § 1788.30(b); and reasonable attorney's fees and costs pursuant to California Civil Code § 1788.30(c) from Defendants.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendants for:

## COUNT I

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

## 15 U.S.C. § 1692 et seq.

- for an award of actual damages pursuant to 15 U.S.C. §1692k(a)(1) against each and every Defendant and for Plaintiff;

- for an award of statutory damages of $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A) against each and every Defendant and for Plaintiff;

- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against each and every Defendant and for Plaintiff.

## COUNT II

**VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

- for an award of actual damages pursuant to California Civil Code § 1788.30(a) in an amount to be adduced at trial against each and every Defendant and for Plaintiff;

- for an award of statutory damages of $1,000.00, pursuant to California Civil Code § 1788.30(b) against each and every Defendant and for Plaintiff;

- for an award of costs of litigation and reasonable attorney's fees, pursuant to California Civil Code § 1788.30(c) against each and every Defendant and for Plaintiff.

///

///

///

**<u>TRIAL BY JURY</u>**

Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.  US Const. amend. 7. Fed.R.Civ.P. 38.

DATED:  February 20, 2014        Respectfully submitted,

                                 DELTA LAW GROUP

                                     /s/ Jim G. Price

                        BY:_____
                             JIM G. PRICE
                             Attorneys for Plaintiff
                             CHRISTOPHER BROUSSARD