```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
CHRISTOPHER BROUSSARD
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BROUSSARD, an individual, | ) Case No. 14-cv-00096-LJO-SMS ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** ) ) |
| v. | ) ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company and DOES 1 through 20, inclusive, | ) ) ) ) ) |
| Defendants. | ) ) ) |

   **NOTICE IS HEREBY GIVEN** that the parties have reached a settlement in the above-captioned action.  The Plaintiff will file a dismissal with prejudice pursuant to Federal

///

///

///

NOTICE OF SETTLEMENT                                                    Page 1

1 Rule of Civil Procedure 41(a) once the settlement is fully
2 consummated.

3 DATED:   April 2, 2014          DELTA LAW GROUP

                                          /s/ Jim G. Price

                                 BY:_____
                                     JIM G. PRICE
                                     Attorneys for Plaintiff
                                     CHRISTOPHER BROUSSARD