UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BROUSSARD, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company, and DOES 1 THROUGH 20, inclusive,<br><br>    Defendants. | **CASE NO. 1:14-cv-00096-LJO-SMS**<br><br><br><br>**ORDER AFTER SETTLEMENT**<br><br><br>(Doc. 9) |

    Plaintiff's counsel has notified the Court that settlement has been reached with defendant Portfolio Recovery Associates, LLC. Pursuant to Local Rule 160, this Court **ORDERS** Plaintiff and Portfolio Recovery Associates, **no later than April 17, 2014**, to file appropriate papers to dismiss this action against Portfolio Recovery Associates, LLC, or to show good cause why Portfolio Recovery Associates, LLC, has not been dismissed.

    Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

    Dated:   **April 3, 2014**                    /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE