**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BROUSSARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | 1:14-cv-00096-LJO-SMS<br><br>ORDER TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i); AND TO CLOSE CASE (DOCS. 9 & 11) |

Based on Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Doc. 11, as well as Plaintiff's Notice of Settlement indicating the dismissal should be with prejudice, Doc. 9, this Court DISMISSES with prejudice all claims in this case.

The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

    Dated:   **April 17, 2014**                    **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE